UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRIAN MEHLMAN,<br>      Plaintiff,<br>v.<br>NETWORK APPLICANCE, INC.,<br>      Defendant. | ) <br> ) <br> ) CIVIL ACTION NO. 04-12533-WGY<br> ) <br> ) <br> ) <br> ) |

## STIPULATION TO ENLARGE TIME

Plaintiff Brian Mehlman ("plaintiff") and defendant Network Appliance, Inc. ("defendant") hereby stipulate that the time within which defendant must answer or otherwise respond to plaintiff's First Amended Complaint shall be, and is hereby, enlarged to and including January 31, 2005.

                              Respectfully submitted,

BRIAN MEHLMAN,           NETWORK APPLIANCE, INC.

By his attorneys,             By its attorneys,

/s/ Arnold Rosenblatt, Esq.         /s/ Michael S. D'Orsi, Esq.
Arnold Rosenblatt, Esq., BBO #638526   Peter E. Gelhaar, BBO #188310
Cook, Little, Rosenblatt & Manson, P.L.L.C.  Michael S. D'Orsi, BBO #566960
650 Elm Street               Donnelly, Conroy & Gelhaar, LLP
Manchester, NH 03101          One Beacon Street, 33rd Floor
(603) 621-7102              Boston, MA 02109
                            (617) 720-2880

Dated: December 22, 2005

**SO ORDERED**

_____
William G. Young
Chief United States District Judge

Entered:_____