O AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

Brian Mehlman
25 Hazel Avenue
Nashua, NH 03062

Network Appliance, Inc.
375 Totten Pond Road
V. Waltham, MA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C-004-

TO: (Name and address of Defendant)  Network Appliance, Inc.
375 Totten Pond Road
Waltham, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Arnold Rosenblatt, Esquire
Cook, Little, Rosenblatt & Manson, pl.l.c.
650 Elm St.
Manchester, NH 03101
(603) 621-7100
a.rosenblatt@clrm.com

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DEC 2 - 2004
DATE

O AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 15, 2004  2:25 p.m. |
| NAME OF SERVER *(PRINT)* Francis Davis | TITLE Constable   MA |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

XX☒ Other (specify): Service for: Network Appliance, Inc.
   Accepted by Agent: CT Corporation System - 101 Federal St, Boston, MA
by Agent: Allison Libarto

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $70. |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __12-15-04__  _____Francis Davis_____
             Date            Signature of Server

510 Dorchester Avenue, Boston, MA 02127
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.