UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN MEHLMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NETWORK APPLIANCE, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO. 04-12533-WGY |

**DEFENDANT NETWORK APPLIANCE, INC.'S MOTION TO DISMISS
COUNTS 1, 2, 3, 4, and 5 OF THE COMPLAINT FOR FAILURE TO STATE A CLAIM**

　　Defendant Network Appliance, Inc. ("NetApp") hereby moves the Court to dismiss Counts 1-5 of the Plaintiff's Complaint for Failure to State a Claim. As grounds, NetApp contends the following:

　　With respect to Mehlman's contract claims (Counts 1 and 3), NetApp contends that the claim is inadequately pled because Mehlman has not pleaded the essentials elements of a contract claim, and because the contract as pled lacks definite terms.

　　Mehlman's breach of fiduciary duty and negligence claims (Counts 2 and 4) are barred by the three-year statute of limitations because the event that caused Mehlman's damages occurred almost four years ago, and Mehlman knew all the facts necessary to be put on notice of these claims.

-2-

Mehlman's unjust enrichment claim (Count 5) is not adequately pled because Mehlman fails to allege that NetApp lacked justification for its actions and because the claim is superfluous to his contract claims.

In further support of its motion, NetApp respectfully refers the Court to the Memorandum of Defendant Network Appliance, Inc. in Support of its Motion to Dismiss Counts 1-5 of the Complaint for Failure to State a Claim, the Request for Judicial Notice, and the Declaration of Michael S. D'Orsi, filed concurrently herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), NetApp hereby requests that the Court hear oral argument concerning the foregoing motion.

Dated: January 31, 2005                              NETWORK APPLIANCE, INC.

By its attorneys,

_/s/ Michael S. D'Orsi_
Michael S. D'Orsi (BBO #566960)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

Of Counsel:

Alda Leu
Wilson Sonsini Goodrich & Rosati P.C.
One Market Street, Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2252

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Local Rule 7.1(A)(2) that prior to filing this paper the parties have conferred and attempted in good faith to resolve or narrow the issues presented herein.

_/s/ Michael S. D'Orsi_