UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRIAN MEHLMAN,

       Plaintiff,

v.

NETWORK APPLIANCE, INC.,

       Defendant.

CIVIL ACTION NO. 04-12533-WGY

**DEFENDANT NETWORK APPLIANCE, INC.'S
REQUEST FOR JUDICIAL NOTICE**

Defendant Network Appliance, Inc. ("NetApp") hereby requests that the Court take Judicial Notice of the herein referenced matters pursuant to Federal Rule of Evidence 201. This Request for Judicial Notice is submitted in support of Defendant's Motion to Dismiss Plaintiff's Complaint, filed concurrently herewith. *See* Memorandum of Defendant Network Appliance, Inc. in Support of its Motion to Dismiss Counts 1-5 of the Complaint for Failure to State a Claim at p. 7-8.

The Court may take judicial notice of facts "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201. Courts routinely take judicial notice of material on government websites, including the website of the Securities and Exchange Commission. *See In re Lernout & Hauspie Secs. Litig. v. Lernout*, 286 B.R. 33, 37 (D. Mass. 2002)(taking judicial notice of SEC

-2-

filing); *Enron Corp. v. Banca Nazionale Del Lavoro, S.p.A., et al.,* 292 B.R. 752, 789 n. 21 (Bankr. S.D.N.Y. 2003)(taking judicial notice of SEC filing from Internet website of SEC).

Defendant requests that the court take judicial notice of the following: 1) NetApp's S-8 filed on January 16, 2001; 2) that the Securities and Exchange operates an Internet site at www.sec.gov which allows the public to access company filings; and 3) that www.sec.gov was an operating Internet site as of November 13, 2000. This request is supported by the Declaration of Michael S. D'Orsi submitted with these papers.

Respectfully Submitted,

Dated: January 31, 2005

NETWORK APPLIANCE, INC.

By its attorneys,

\_\_/s/ Michael S. D'Orsi_____
Michael S. D'Orsi (BBO #566960
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

Of Counsel:

Alda Leu
Wilson Sonsini Goodrich & Rosati P.C.
One Market Street, Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2252

## LOCAL RULE 7.1(A)(2) CERTIFICATION

      Counsel hereby certifies, in accordance with Local Rule 7.1(A)(2) that prior to filing this paper the parties have conferred and attempted in good faith to resolve or narrow the issues presented herein.

                                                  /s/ Michael S. D'Orsi