UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
BRIAN MEHLMAN,                          )
               Plaintiff,       )
v.                                      ) CIVIL ACTION NO. 04-12533-WGY
                                        )
NETWORK APPLICANCE, INC.,               )
               Defendant.       )
_____)

## CORPORATE DISCLOSURE STATEMENT OF NETWORK APPLIANCE, INC.

Defendant Network Appliance, Inc. ("NetApp") submits this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Civil Local Rules for the District of Massachusetts.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Civil Local Rules for the District of Massachusetts, NetApp states that (1) NetApp does not have a parent corporation, and (2) TCW Asset Management Company, and Fidelity Management & Research Company each own more than 10% of NetApp's stock.

                                                  Respectfully submitted,

                                                  NETWORK APPLIANCE, INC.
                                                  By its attorneys,

                                                  /s/ Michael S. D'Orsi, Esq.
                                                  Peter E. Gelhaar, BBO #188310
                                                  Michael S. D'Orsi, BBO #566960
                                                  Donnelly, Conroy & Gelhaar, LLP
                                                  One Beacon Street, 33rd Floor
                                                  Boston, MA 02109
                                                  (617) 720-2880

Dated: January 31, 2005