UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN MEHLMAN,<br><br>        Plaintiff,<br><br>v.<br><br>NETWORK APPLIANCE, INC., DFT,<br><br>        Defendant. | CIVIL ACTION NO. 04-12533 (WGY) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF C. TAIT GRAVES

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that C. Tait Graves of Wilson Sonsini Goodrich & Rosati, P.C., One Market, Spear Tower, Suite 3300, San Francisco, California 94105, be admitted to appear on behalf of defendant Network Appliance, Inc., and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1.      Mr. Graves is and has been a member in good standing of the bar of the State of California since November 1998

2.      Mr. Graves is and has been a member in good standing of the bars of the following United States District Courts and Circuit Courts of Appeals since the following dates:

| | |
|---|---|
| Northern District of California | November 1998 |
| Central District of California | October 2003 |
| Ninth Circuit | November 1998 |

-2-

3. There are no disciplinary proceedings pending against Mr. Graves as a member of the bar in any jurisdiction;

4. Mr. Graves has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. In further support of this motion, Mr. Graves has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Mr. Graves admission to practice before this Court *pro hac vice*.

Dated: February 2, 2005

NETWORK APPLIANCE, INC.

By its attorneys,

_____
Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
Tel (617) 720-2880

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, C. Tait Graves, Esq., hereby certify that: (1) I am admitted to the bars of the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

                                                Respectfully submitted,

                                                _____
                                                C. Tait Graves, Esq.

Dated: February 1, 2005

# Certificate of Good Standing



United States of District Court )
) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that Charles Tait Graves, Bar No. 197923 was duly admitted to practice in said Court on December 7, 1998, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on January 25, 2005

Richard W. Wieking
Clerk