# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN MEHLMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NETWORK APPLIANCE, INC., DFT,<br><br>　　　　Defendant. | CIVIL ACTION NO. 04-12533 (WGY) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES A. DiBOISE

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that James A. DiBoise of Wilson Sonsini Goodrich & Rosati, P.C., One Market, Spear Tower, Suite 3300, San Francisco, California 94105, be admitted to appear on behalf of defendant Network Appliance, Inc., and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

　　　　1.　　Mr. DiBoise is and has been a member in good standing of the bar of the State of California since 1978.

　　　　2.　　Mr. DiBoise is and has been a member in good standing of the bars of the following United States District Courts and Circuit Courts of Appeals since the following dates:

　　　　　　　　Northern District of California　　　1978

　　　　3.　　There are no disciplinary proceedings pending against Mr. DiBoise as a member of the bar in any jurisdiction;

-2-

4. Mr. DiBoise has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. In further support of this motion, Mr. DiBoise has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Mr. DiBoise's admission to practice before this Court *pro hac vice*.

Dated: February 2, 2005   NETWORK APPLIANCE, INC.

By its attorneys,

*/s/ Michael D'Orsi*
Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
Tel (617) 720-2880

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, James A. DiBoise, Esq., hereby certify that: (1) I am admitted to the bars of the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

                                          Respectfully submitted,

                                          *James A. DiBoise/ACC*
                                          James A. DiBoise, Esq.

Dated: February 1, 2005

# Certificate of Good Standing

United States District Court ) 
                              ) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that *James A. DiBoise, Bar No. 83296* was duly admitted to practice in said Court on *November 29, 1978*, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on *January 25, 2005*

_____
Richard W. Wieking
Clerk