UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRIAN MEHLMAN,

    Plaintiff,

v.

NETWORK APPLIANCE, INC., DFT,

    Defendant.

CIVIL ACTION NO. 04-12533 (WGY)

## MOTION FOR ADMISSION *PRO HAC VICE* OF ALDA C. LEU

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Alda C. Leu of Wilson Sonsini Goodrich & Rosati, P.C., One Market, Spear Tower, Suite 3300, San Francisco, California 94105, be admitted to appear on behalf of defendant Network Appliance, Inc., and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Ms. Leu is and has been a member in good standing of the bar of the State of California since 2002

2. There are no disciplinary proceedings pending against Ms. Leu as a member of the bar in any jurisdiction;

3. Ms. Leu has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

4. In further support of this motion, Ms. Leu has submitted herewith her Certificate of Good Standing as required by Local Rule 83.5.3.

-2-

WHEREFORE, the undersigned counsel respectfully moves Ms. Leu's admission to practice before this Court *pro hac vice*.

Dated: February 2, 2005

NETWORK APPLIANCE, INC.

By its attorneys,

_____
Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
Tel (617) 720-2880

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Alda C. Leu, Esq., hereby certify that: (1) I am admitted to the bars of the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
Alda C. Leu, Esq.

Dated: February 1, 2005

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

January 31, 2005

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ALDA C. LEU was admitted to the practice of law in this state by the Supreme Court of California on December 11, 2002; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records