UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                               *
Brian Mehlman                                  *
                        Plaintiff              *
                                               *    Civil Action No. 04-12533-WGY
v.                                             *
                                               *
Network Appliance, Inc.                        *
                                               *
                        Defendants             *
                                               *
* * * * * * * * * * * * * * * * * * * * * * * *
```

**PLAINTIFF'S ASSENTED-TO MOTION TO ENLARGE TIME
TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
<u>AND REQUEST FOR JUDICIAL NOTICE</u>**

Plaintiff Brian Mehlman ("Mehlman"), by his undersigned counsel, respectfully requests that the Court enlarge to February 28, 2005 the time for Mehlman to file (1) his opposition to Defendant Network Appliance, Inc.'s Motion to Dismiss Counts 1-5 of the Complaint for Failure to State a Claim, and (2) his opposition, if any, to Defendant's Network Appliance, Inc.'s Request for Judicial Notice.

Defendant's counsel assents to the requested enlargement of time.

Respectfully submitted,

Brian Mehlman
by his attorneys,

COOK, LITTLE, ROSENBLATT
& MANSON, P.L.L.C.

2

Dated: February 7, 2005             By:        /s/ Arnold Rosenblatt
                                    Arnold Rosenblatt (BBO# 638526)
                                    Michael S. Owen (BBO#656200)
                                    650 Elm Street
                                    Manchester, NH  03101
                                    (603) 621-7102
                                    a.rosenblatt@clrm.com
                                    m.owen@clrm.com