UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                                          **Civil Action**
                                                                                                          **No:04-12533-WGY**

**MEHLMAN**
**Plaintiff**

**v.**

**NETWORK APPLIANCE**
**Defendant**

## NOTICE OF HEARING

**YOUNG, C.J.**

     TAKE NOTICE that the above-entitled case has been set for Hearing on the Motion to Dismiss at 2:00 PM , on THUR. MARCH 3 , 2005.  The hearing will take place at :

**BOSTON UNIVERSITY SCHOOL OF LAW**
**LAW AUDITORIUM, GROUND FLOOR**
**765 COMMONWEALTH AVE.**
**BOSTON**

Opposition is due by 2/25/05. reply,if any, is due by 2/28/05

                                                                                                       **By the Court,**

                                                                                                       **_____**

                                                                                                     **Deputy Clerk**

**February 7, 2005**

**To: All Counsel**