UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                    *
Brian Mehlman                       *
                    Plaintiff       *
                                    *    Civil Action No. 04-12533-WGY
v.                                  *
                                    *
Network Appliance, Inc.             *
                                    *
                    Defendants      *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * *
```

**PLAINTIFF'S LIMITED OPPOSITION TO DEFENDANT'S REQUEST
FOR JUDICIAL NOTICE
AND MEMORANDUM OF REASONS**

Plaintiff Brian Mehlman ("Mehlman"), by his undersigned counsel, respectfully objects partially to defendant Network Appliance, Inc. ("NetApp")'s request for judicial notice, in support stating as follows:

NetApp asks the Court to take judicial notice of (1) SEC form S-8 bearing a date of January 1, 2001, (2) that the S-8 offered by NetApp was printed from a publicly accessible website at www.sec.gov; and (3) that www.sec.gov was an operating Internet site as of November 13, 2000.  (NetApp's Request for Judicial Notice at p. 2.)

Mehlman agrees that the Court may take judicial notice of the S-8 and that the S-8 was printed from the SEC's Edgar site – on or about January 19, 2005, the date on the document. The Court may properly take judicial notice of the content of public record material.  Pearson v. Town of Rutland, 2002 U.S. Dist. LEXIS 27664 (D. Mass. 2002); Crowell v. Ionics, Inc., 343 F.Supp.2d 1, 15 n. 7 (D. Mass. 2004) (taking judicial notice of party's stock ownership reflected

in public filings with SEC).  Matters of judicial notice presented to the Court do not convert a Rule 12(b)(6) motion into a summary judgment motion.  *Id.*  Mehlman has no reason to oppose the fact that the S-8 was filed with the SEC or that it was printed four weeks ago from the SEC's web site.

NetApp asks the Court, however, to take "judicial notice" of additional facts that require *proof*, namely that [www.sec.gov](www.sec.gov) was operating as a site on or about November 13, 2000 and, more significantly, as argued in NetApp's motion to dismiss, that the form S-8 bearing the date of January 16, 2001 actually was posted on that site on or about that date and that the site itself was publicly accessible on that date.  NetApp wants this Court to draw an inference that the form S-8 was conveniently available for Mehlman's review on or about January 16, 2001.  This presents a question of fact, not a subject for judicial notice – nor, in any event, as a basis for a motion to dismiss under Rule 12(b)(6), particularly upon an affirmative defense (statute of limitations) that turns on an issue of fact.  Moreover, as noted in Mehlman's memorandum opposing the motion to dismiss, mere notice of the date the S-8 was filed does not answer questions necessary to resolve the statute of limitations question, in particular whether Mehlman should have known that the S-8 filing was not as prompt as it otherwise should have been or that NetApp's failure to file the S-8 was the reason for his inability to exercise vested options.

Therefore, Mehlman requests that the Court deny NetApp's request for judicial notice to the extent that it seeks to have the Court take notice of anything beyond the S-8 itself (including the date it bears) and its content.

                                                Respectfully submitted,

                                                Brian Mehlman
                                                by his attorneys,

                                                COOK, LITTLE, ROSENBLATT

                                            & MANSON, P.L.L.C.

Dated: February 25, 2005        By:  /s/ Arnold Rosenblatt
                                                    Arnold Rosenblatt (BBO# 638526)
                                                    Michael S. Owen (BBO# 656200)
                                                    650 Elm Street
                                                    Manchester, NH  03101
                                                    (603) 621-7102