UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRIAN MEHLMAN,

    Plaintiff,

v.

NETWORK APPLIANCE, INC.,

    Defendant.

CIVIL ACTION NO. 04-12533-WGY

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(D) and the Court's instructions at the March 3, 2005 hearing on Defendant's motion to dismiss, plaintiff Brian Mehlman and defendant Network Appliance, Inc. hereby submit the following joint statement.

### I.  Agenda for Scheduling Conference

Subjects for discussion at any Rule 26(f) scheduling conference include (a) entry of a protective order regarding the exchange of confidential documents and information during discovery; (b) confirmation of the parties' tentative agreed-to discovery and motion schedule; (c) declining a trial before a magistrate judge; and (d) ADR possibilities.

### II.  Submission to Magistrate and Submission to ADR

The parties decline consent to trial before a magistrate judge.  The parties prefer mediation as an ADR option and believe that they will be in a position to report an interest in mediation to the Court by July 15, 2005.

## III. Discovery Plan

The parties have agreed on a proposed discovery plan. The parties will stipulate to forego Rule 26 initial disclosures. The parties' agreed-upon proposed schedule is as follows:

The final deadline for adding parties or amending the pleadings is July 15, 2005.

Fact discovery will close on September 15, 2005. The parties agree to conform to the discovery limits in the Federal Rules, and will meet and confer if either party wishes to pursue discovery beyond those limits. The parties will cooperate in scheduling depositions and will confer in good faith to schedule depositions at mutually convenient times. Because counsel for defendant will be involved in a complex trial in June 2005 (and plaintiff will be out of the country in June through July 4, 2005), the parties expect to take depositions after June 2005.

Any expert report by a party with a burden of proof on an issue will be due October 3, 2005. Rebuttal reports will be due on November 3, 2005. The parties will complete expert depositions by November 18, 2005.

Dispositive motions will be due by December 2, 2005. An opposition brief to any dispositive motion will be due January 6, 2006. A reply brief in support of any dispositive motion will be due January 17, 2006.

The parties agree that trial should be set for March 2006, at the court's convenience.

The parties agreed to meet and confer in good faith regarding any changes to this schedule.

## IV. Settlement

The parties have not yet discussed settlement, but agree to do so through the duration of the lawsuit.

## V. Local Rule 16.1(D)(3) Certifications

Plaintiff's certification is attached as Exhibit A. Defendant's certification is attached as Exhibit B.

Dated: March 17, 2005

BRIAN MEHLMAN

By his attorneys,

\_\_/s/ Arnold Rosenblatt_____

Arnold Rosenblatt (BBO #638526)
Cook, Little, Rosenblatt & Manson, P.L.L.C.
 650 Elm Street
 Manchester, NH 03101
 Phone: 603-621-7100
 Fax: 603-621-7111

NETWORK APPLIANCE, INC.

By its attorneys,

\_\_/s/ Michael S. D'Orsi_____

Michael S. D'Orsi (BBO# 566960)
Donnelly, Conroy & Gelhaar, LLP
 One Beacon Street, 33rd Floor
Boston, MA 02108
Phone: 617-720-2880
Fax: 617-720-3554

\_\_/s/ Tait Graves_____

Tait Graves (*pro hac vice*)
Wilson Sonsini Goodrich & Rosati
One Market Street, Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2109

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
                              *
Brian Mehlman                 *
                              *
                  Plaintiff   *
                              *   Civil Action No. 04-12533-WGY
v.                            *
                              *
Network Appliance, Inc.       *
                              *
                  Defendants  *
                              *
* * * * * * * * * * * * * * * * * * * * * * * *
```

**CLIENT CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(e), Brian Mehlman and his counsel hereby certify that they have conferred (a) with a view towards establishing a budget for the costs of conducting the full course – with various alternative courses – of the litigation; and (b) to consider the resolution of the action through various types of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

By: /s/ Brian Mehlman
Brian Mehlman
25 Hazel Avenue
Nashua, NH 03062

by his attorneys,

COOK, LITTLE, ROSENBLATT
& MANSON, P.L.L.C.

Dated: March 17, 2005                By:   /s/ Arnold Rosenblatt
                                                       Arnold Rosenblatt (BBO# 638526)
                                                       650 Elm Street
                                                       Manchester, NH 03101
                                                       (603) 621-7102
                                                       a.rosenblatt@clrm.com

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRIAN MEHLMAN,

    Plaintiff,

v.

NETWORK APPLIANCE, INC.,

    Defendant.

CIVIL ACTION NO. 04-12533-WGY

**CLIENT CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(e), Network Appliance and its counsel hereby certify that they have conferred (a) with a view towards establishing a budget for the costs of conducting the full course – with various alternative courses – of the litigation; and (b) to consider the resolution of the action through various types of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: March 17, 2005

    NETWORK APPLIANCE, INC.

    By its general counsel,

    /s/ Andrew Kryder

    Andrew Kryder
    Network Appliance, Inc.
    495 East Java Drive
    Sunnyvale, CA 94089

    By its attorneys,

    /s/ Michael S. D'Orsi

    Donnelly, Conroy & Gelhaar, LLP
    One Beacon Street, 33rd Floor

Boston, MA 02108
617-720-2880

   /s/ Tait Graves

Tait Graves (*pro hac vice*)
Wilson Sonsini Goodrich & Rosati
One Market Street, Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2109