**COOK LITTLE ROSENBLATT & MANSON** p.l.l.c.
*Business Lawyers for Entrepreneurs®*

The Center of New Hampshire
650 Elm Street
Manchester, NH 03101

Tel: 603-621-7100
Fax: 603-621-7111
www.clrm.com

Direct 603-621-7102

FILED
CLERKS OFFICE
2005 MAR 28  P 3: 10
U.S. DISTRICT COURT
DISTRICT MASS

March 24, 2005

Tony Anastas, Clerk
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA  02210

Re: Brian Mehlman v. Network Appliance, Inc.
Docket Number:  04-12533 WGY

Dear Mr. Anastas:

At the motion hearing March 3, 2005 in the referenced matter, Judge Young directed the plaintiff to consider the decision about to be issued in Christensen v. Kingston School Committee, et. al., No. 04-11773-WGY, and extended plaintiff the opportunity to re-plead his claim for breach of the implied covenant of good faith and fair dealing conforming to the standards outlined in Christensen (and described briefly by the Court at the hearing).

This is to advise the Court that the plaintiff respectfully declines the opportunity to re-plead extended by the Court.  Plaintiff understands that the Court intends to grant the defendant's motion to dismiss with respect to the claim for breach of the implied covenant of good faith and fair dealing in the absence of a re-pleading by the plaintiff.

Thank you.

Sincerely yours,

Arnold Rosenblatt

AR/ec
Enclosure
cc: Ms. Bonnie Smith
    Michael S. D'Orsi, Esq.
    C. Tate Graves, Esq.
    Client