UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                *
Brian Mehlman                   *
                   Plaintiff    *
                                *    Civil Action No. 04-12533-WGY
v.                              *
                                *
Network Appliance, Inc.         *
                                *
                   Defendants   *
                                *
* * * * * * * * * * * * * * * * * * * * * * * *
```

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY**

Plaintiff Brian Mehlman ("Mehlman"), through undersigned counsel, respectfully moves for partial summary judgment as to liability with regard to his breach of contract claim. Plaintiff seeks partial summary judgment for the reasons set forth in the accompanying Memorandum of Law, Affidavit of Brian Mehlman, appended exhibits, and Statement of Material Facts in Support of Plaintiff's Motion for Partial Summary Judgment.

WHEREFORE, Plaintiff requests that this Court:

A. Enter judgment as a matter of law in favor of Mehlman with respect to his breach of contract claim, on the issue of liability; and

B. Grant such other and further relief as may be just.

2

        Respectfully submitted,

        Brian Mehlman
        by his attorneys,

        COOK, LITTLE, ROSENBLATT
        & MANSON, P.L.L.C.


Dated: December 2, 2005        By: /s/ Arnold Rosenblatt
                                        Arnold Rosenblatt (BBO# 638526)
                                        650 Elm Street
                                        Manchester, NH  03101
                                        (603) 621-7102