UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN MEHLMAN,<br><br>    Plaintiff,<br><br>v.<br><br>NETWORK APPLIANCE, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 04-12533-WGY<br><br>Hon. Judge William G. Young |

**NETWORK APPLIANCE, INC.'S MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR ORAL ARGUMENT**

Pursuant to Federal R. Civ. P. 56 and Local Rule 56.1, defendant Network Appliance, Inc. hereby moves the Court for summary judgment against plaintiff Brian Mehlman on the ground that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law for the reason that: 1) Mr. Mehlman's cause of action for breach of contract is based on unreasonable, after-the-fact interpretations of an unambiguous contract; and 2) Mr. Mehlman's cause of action for quantum meruit is entirely duplicative of his contract action and therefore cannot be maintained.

This motion is based upon this Motion, the accompanying Memorandum of Points and Authorities, the Statement of Material Facts, the Declaration of Alda C. Leu and exhibits thereto, and all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) of the United States District Court for the District of Massachusetts, Defendant Network Appliance respectfully requests a hearing on its motion for summary judgment in the above captioned matter.

DATED: December 2, 2005               NETWORK APPLIANCE, INC.

                                      By its attorneys,


                                      /S/ Tait Graves
                                      James A. DiBoise (*pro hac vice*)
                                      Tait Graves, (*pro hac vice*)
                                      Alda C. Leu, (*pro hac vice*)
                                      Wilson Sonsini Goodrich & Rosati
                                      Professional Corporation
                                      One Market, Spear Street Tower, Suite 3300
                                      San Francisco, CA 94105
                                      (415) 947-2156

                                      /S/ Michael S. D'Orsi
                                      Of Counsel:

                                      Michael S. D'Orsi (BBO #566960)
                                      Donnelly, Conroy & Gelhaar, LLP
                                      One Beacon Street, 33rd Floor
                                      Boston, MA 02108
                                      (617) 720-2880

## LOCAL RULE 7.1 CERTIFICATION

Prior to filing this motion, and in accordance with Local Rule 7.1(a)(2), Defendant's counsel, Tait Graves, conferred with Plaintiff's counsel, Arnold Rosenblatt and attempted in good faith to resolve or narrow the issues presented by this Motion. During those discussions, Defendant's counsel represented that Mr. Mehlman may file a cross-motion in addition to opposing Defendant's motion.

DATED: December 2, 2005           NETWORK APPLIANCE, INC.

                                  By its attorneys,


                                  /S/ Tait Graves
                                  Tait Graves, (*pro hac vice*)